

# DRONEDEK Corporation

Smart Mailbox for the Future of Drone Delivery

HOME & GARDEN | TECH

📍 Indianapolis, IN

Investment type:
**Equity (Priced Round)**

Target raise:
**$100,000 - 1,070,000**

Minimum investment:
**$100**

End date:
**Mar 05, 2021**  *ended*

**LEARN MORE AT WEFUNDER**

Share

## Highlights

- ??The market for DRONEDEK is 160M addresses. We are changing the last mile logistics delivery paradigm.
- ??DRONDEK has EXCLUSIVE patent rights in the US market for Secured Drone Delivery.
- ??We believe DRONEDEK will be the funnel to all delivery. We are the pipeline to commerce.

## Our Story

We are the patented safe, secure, smart drone delivery receptacle. Through the DRONEDEK Platform we are able to ship and receive food, beverages, pharmaceuticals and parcels. We are app driven and are feature-rich with several offerings including a UV treatment process to disinfect deliveries from Coronavirus and other viral hazards.

## Our Ambition

In 5 years we hope to have saturated 1% of the total addressable market (TAM) or 1,600,000 addresses. We hope to be accelerating our growth as drone delivery becomes commonplace and the only receptacle solution is DRONEDEK. These are forward looking projections and are not guaranteed.